**Order filed April 14, 2020.**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-20-00107-CR**
**NO. 14-20-00108-CR**

———————

**ANTOINE KIRKWOOD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 403rd District Court**
**Travis County, Texas**
**Trial Court Cause Nos. D-1-DC-18-301185 and D-1-DC-18-900211**

## ORDER

The clerk's record was filed February 12, 2020. Our review has determined that a relevant item has been omitted from the record. See Tex. R. App. P. 34.5(c). Accordingly, the Travis County District Clerk is directed to file a supplemental clerk's record by **April 24, 2020**, containing **any motion to suppress and any ruling on such motion**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.